In the Matter of the Probate of the Last Will and Testament of Maria Hatch, Deceased. Harrison C. Potter, as Executor, etc., of Maria Hatch, Deceased, Appellant; Martha Saunders and Others, Respondents.— Decree of Surrogate's Court affirmed, with one bill of costs against the appellant personally. All concurred.

Joseph W. Pool, Appellant, v. Byron G. Bents, Respondent.— Judgment affirmed, with costs. All concurred.

Merchants National Bank of Quakertown, Pennsylvania, Respondent, v. The Poughkeepsie Engine Company and Edgar B. Mosher, Appellants, Impleaded with W. Colt Albertson.— Order reversed, with ten dollars costs and disbursements, and motion to open default granted, upon payment of ten dollars costs, the judgment to remain as security, without stay to enforcement and collection thereof unless the defendants give security for the payment of any judgment recovered against the defendants in such amount as the Special Term may prescribe; and also upon condition that the defendants stipulate to go to trial at the term of the Supreme Court now being held in Cayuga county, at the option of the plaintiff, on three days' notice. All concurred.

D. Dudley Capron, Respondent, v. J. Wallace Douglass, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that the court committed reversible error in excluding the testimony of the witness Dr. Fred J. Douglass, and Robson, J., not voting.